UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 22CR0427-JLS |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING JOINT** |
| v. | ) | **MOTION TO CONTINUE** |
| ALEXIS GARAY, | ) | **MOTION HEARING** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>ORDER</u>

GOOD CAUSE APPEARING, the parties' Joint Motion to the Motion Hearing in this matter is GRANTED. The Motion Hearing is hereby continued from April 1, 2022 to May 6, 2022 at 1:30 p.m. in the interests of justice to allow counsel adequate to time to consider and prepare motions. For these reasons, time is excluded between April 1, 2022 and May 6, 2022 pursuant to 18 U.S.C. §§ 3161(h)(7) and 3174.

IT IS SO ORDERED.

Dated:  March 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

22CR0427-JLS