# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-427-JLS |
| Plaintiff, | **ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS COUNT 5 OF THE INFORMATION WITHOUT PREJUDICE** |
| v. | |
| ALEXIS GARAY, | |
| Defendant. | |

The United States of America's Motion to Dismiss Count 5 of the Information (ECF No. 21), without prejudice, is GRANTED. The Court dismisses the Count 5 of the Information without prejudice.

IT IS SO ORDERED.

Dated: August 30, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge