# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>          v.<br><br>ALEXIS GARAY,<br><br>                Defendant. | Case No. <u>22-CR-427-JLS</u><br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS COUNT 4 OF THE INFORMATION WITHOUT PREJUDICE** |

The United States of America's Motion to Dismiss Count 4 of the Information (ECF No. 21), without prejudice, is GRANTED. The Court dismisses Count 4 of the Information without prejudice.

The jury trial currently scheduled for September 12, 2022 is **Vacated**. The motions *in limine* hearing scheduled for September 9, 2022 shall remain on calendar as a status hearing to address future dates.

**SO ORDERED.**

Dated:  September 9, 2022

Hon. Janis L. Sammartino
United States District Judge