18UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALEXIS GARAY,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 22CR0427-JLS<br><br>**ORDER VACATING SENTENCING HEARING AND SETTING EVIDENTIARY HEARING** |

Upon review of the sentencing materials filed in this matter, it is apparent that there are factual disputes which must be resolved in order to determine the appropriate sentence. Accordingly, Defendant's request for an evidentiary hearing (ECF 85) is **Granted**.

An evidentiary hearing regarding Defendant's objections to the Presentence Report shall be held on **Wednesday, January 11, 2023** at **9:00 a.m.**  The Sentencing Hearing set for December 2, 2022 is **Vacated**.

IT IS SO ORDERED.

Dated:  November 29, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge